IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BETTY L. HARDIMAN                                                   PLAINTIFF

vs.                                Civil No. 1:16-cv-01067

NANCY A. BERRYHILL                                          DEFENDANT
Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 19th day of June 2017, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **IT IS SO ORDERED.**

                                                           /s/ Barry A. Bryant
                                                           HON. BARRY A. BRYANT
                                                           U. S. MAGISTRATE JUDGE